### 18324.   GREEN v. VILLA RICA MOTOR COMPANY.

BROYLES, C. J. 1. Under numerous and repeated decisions of the Supreme Court and of this court, a ruling upon a demurrer can not be the basis of a ground of a motion for a new trial.

2. The evidence demanded a verdict in favor of the plaintiff for the full amount sued for, and the court properly directed such a verdict.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Complaint; from Carroll superior court—Judge Roop. June 7, 1927.

*Beall & Beall*, for plaintiff in error. *Boykin & Boykin*, contra.

New Trial, 29 Cyc. p. 762, n. 10.
Trial, 38 Cyc. p. 1565, n. 84; p. 1574, n. 21.